UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard J. Town,<br><br>        Plaintiff,<br><br>vs.<br><br>Brad Thelen and Jerry Gangle, acting in their individual capacities as Waite Park police officers, and the City of Waite Park,<br><br>        Defendants. | Case No.  06-3113 (PAM/RLE)<br><br><br><br>ORDER |

Based on the stipulation of the parties:

IT IS HEREBY ORDERED that the gross settlement amount of $365,000 paid by the City of Waite Park and its insurer in the above matter shall be distributed as follows:

| | | |
|---|---|---:|
| 1. | To Flynn, Gaskins & Bennett, L.L.P., as and for plaintiff's attorneys' fees in the above-entitled matter pursuant to the Retainer Agreement (40% x $365,000): | $146,000.00 |
| 2. | To Flynn, Gaskins & Bennett, L.L.P., as and for costs and disbursements incurred: | $14,361.75 |
| 3. | To BlueCross BlueShield of Minnesota in full satisfaction of its valid lien for medical billings paid (negotiated from asserted lien of $8,754.52): | $5,252.75 |
| 4. | To the Richard J. Town Special Needs Trust: | <u>$199,385.50</u> |
| | **TOTAL:** | **$365,000.00** |

BY THE COURT:

Dated:  October  18,  2007        s/Paul A.  Magnuson
                                                       The Honorable Paul A. Magnuson
                                                       United States District Court Judge